No. 586. EIGHTEEN PACKAGES OF DENTAL INSTRUMENTS, ETC., APPELLANT AND PLAINTIFF IN ERROR, *v.* THE UNITED STATES. Appeal from and in error to the United States Circuit Court of Appeals for the Third Circuit. Motion to dismiss submitted December 4, 1916. Decided December 11, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *The United States* v. *Krall,* 174 U. S. 385, 391; *Macfarland* v. *Brown,*

187 U. S. 239; *United States* v. *Beatty*, 232 U. S. 463, 466. *Mr. John A. Kratz* for the appellant and plaintiff in error. *The Attorney General* and *The Solicitor General* for the appellee and defendant in error.